**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 24-1753**

─────────────

OLUWAKEMI ADEWOL, on behalf of herself and all others similarly situated,

Plaintiff - Appellant,

v.

TGINESIS LLC,

Defendant - Appellee.

─────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, Chief District Judge. (1:23-cv-00509-GLR)

─────────────

Submitted: February 25, 2025                    Decided: June 13, 2025

─────────────

Before GREGORY, AGEE, and BENJAMIN, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

**ON BRIEF:** Steffan T. Keeton, THE KEETON FIRM LLC, Pittsburgh, Pennsylvania, for Appellant. Deirdre A. Close, Carson R. Griffis, CROKE FAIRCHILD DUARTE & BERES, Chicago, Illinois; Michael D. Meuti, Meegan Brooks, Sheila M. Prendergast, BENESCH, FRIEDLANDER COPLAN & ARONOFF LLP, Cleveland, Ohio, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oluwakemi Adewol appeals the district court's order dismissing for failure to state a claim her civil complaint alleging a violation of the Maryland Consumer Protection Act. We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order. *Adewol v. TGINESIS LLC*, No. 1:23-cv-00509-GLR (D. Md. July 10, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2